**From:** cmecf@vaed.uscourts.gov
**Sent:** Tuesday, October 6, 2026 8:45 AM
**To:** CASDdb_interdistricttransfer_casd
**Subject:** Transferred case has been opened

CASE: 3:26-cv-05623

DETAILS: Case transferred from California Southern has been opened in Eastern District of Virginia - as case 3:26-cv-01050, filed 10/06/2026.